THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOAN P. GAINES, Appellant, against HENRY T. LURIA, Respondent.

Argued March 8, 1944; decided April 13, 1944.

*Arthur G. Hays* and *Oscar Stabiner* for appellant.

*John J. Cunneen* and *S. F. Peavey, Jr.,* for respondent.

Order of Appellate Division modified by striking therefrom the provisions as to the custody of the infant, and, as so modified, affirmed, without costs, on the ground that the infant is outside the State of New York, living with her father. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.